IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    vs.<br><br>JACLYN BORGES LEE,<br><br>                Defendant. | CR NO. 19-00123 JAO<br><br>**ORDER CONTINUING SENTENCING HEARING** |

**ORDER CONTINUING SENTENCING HEARING**

On April 23, 2020, the Court held a telephonic status conference regarding the scheduling of Defendant Jaclyn Borges Lee's ("Defendant'[s]") sentencing hearing, which was set on March 17, 2020 for May 4, 2020.[1]

Since the time Defendant's sentencing hearing was set, on March 27, 2020, Congress passed the Coronavirus Aid, Relief, and Economic Security Act ("CARES Act"), which the President also signed into law that day. The CARES Act authorizes the Judicial Conference of the United States to provide authority to

---

[1] Defendant pled guilty on October 23, 2019 to a single count of Escape from Custody in violation of 18 U.S.C. § 751(a), and a sentencing hearing was initially set for February 3, 2020, ECF No. 21, but was continued to April 6, 2020. ECF No. 22. On March 17, 2020, pursuant to the Temporary General Order Regarding District of Hawaii Response to COVID-19 Emergency filed that day that provided that all non-essential criminal hearings be continued until after May 3, 2020, Defendant's sentencing was continued to May 4, 2020. ECF No. 26.

Chief District Judges to permit certain criminal proceedings to be conducted by video or audio conference.  On March 29, 2020, the Judicial Conference of the United States found that, pursuant to the CARES Act, emergency conditions with respect to COVID-19 have materially affected and will affect the functioning of the federal courts.  On March 30, 2020, Chief Judge J. Michael Seabright, acting pursuant to the CARES Act and the authority granted by the Judicial Conference of the United States, found that felony sentencings could not be conducted in person without seriously jeopardizing public health and safety, and thus authorized a presiding judge to conduct sentencing telephonically, with the consent of the defendant after consultation with counsel, if the presiding judge finds that for specific reasons the sentencing in a particular case cannot be further delayed without serious harm to the interests of justice.  On April 16, 2020, Chief Judge Seabright issued a Temporary General Order Regarding District of Hawaii Response to COVID-19 Emergency, providing for the physical closure of the courthouse to the public until June 15, 2020, and continuing all non-essential criminal matters until a date after June 15, 2020, with discretion retained by presiding judges to proceed with a hearing in any particular criminal matter, by telephone, video, or in court.

At the status conference, the Court noted that Lee has been in United States custody since August 23, 2019; that the applicable sentencing range pursuant to the

United States Sentencing Guidelines is 12 to 18 months; and that the United States

Probation Office has recommended a sentence of 15 months.  *See* ECF No. 27.

Defense counsel, Mr. Gary Singh, requested a sentencing hearing date in June

2020 so that additional information could be obtained from the State Office of the

Public Defender regarding Defendant's pending charges in State court.  Counsel

for the United States, Assistant United States Attorney Tom Muehleck, did not

object and indicated that Defendant should be present at sentencing.

Based on the foregoing facts, the Court finds that sentencing can be delayed

without serious harm to the interests of justice, and therefore Defendant's

sentencing hearing is **CONTINUED** to June 29, 2020 at 3:15 p.m. before the

undersigned.

IT IS SO ORDERED.

DATED:  Honolulu, Hawai'i, April 24, 2020.



Jill A. Otake
United States District Judge

CR No. 19-00123 JAO, *United States v. Lee*, ORDER CONTINUING SENTENCING HEARING